1  John Targowski (Bar No. 226053)
2  **Targowski Law Office**
   475 Washington Blvd
3  Marina Del Rey, CA 90292
   Telephone: (310) 920-9177
4  Email: jtargo@icloud.com

5  Attorney for Defendant
   ROBERT AGUIRRE
6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA             | Case No. 8:22-cr-00034-FWS-4

12       Plaintiff,                       | The Honorable Fred W. Slaughter

13       v.                              | **DEFENDANT ROBERT
                                         | AGUIRRE'S NOTICE OF JOINDER
14                                        | IN CO-DEFENDANT ROBERT
    MARTINEZ *et. al.,*                   | MARTINEZ' MOTION TO DISMISS
15  ROBERT AGUIRRE #4,                    | INDICTMENT (ECF 2063) WITH
                                         | PREJUDICE DUE TO
16       Defendant.                       | GOVERNMENT'S FAILURE TO
                                         | FUND CJA DEFENSE**
17
                                         | **Date: November 20, 2025
18                                        | Time: 2:30 p.m.**
19

20

21
        Defendant, ROBERT AGUIRRE, through counsel John Targowski, hereby joins the
22
    filing of co-defendant Robert Martinez, motioning this Court to dismiss the indictment against
23
    him with prejudice due to the government's failure to fund the CJA defense counsel.
24
        Mr. Aguirre's Joinder is based on the attached declaration of counsel, all files and records
25
    in this case, and any further information or arguments that may be presented regarding the
26
    aforementioned motion and this Joinder.
27
    //
28
                                         1

1 | //

2 |   Mr. Aguirre incorporates by reference all arguments contained in the aforementioned

3 | motion and accompanying supporting memoranda.

4 |

5 | DATED: November 5, 2025      Respectfully submitted,

6 |

         */s/ John Targowski*

7 |          JOHN TARGOWSKI
         Attorney for Defendant

8 |          ROBERT AGUIRRE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT ROBERT AGUIRRE'S NOTICE JOINDER IN CO-DEFENDANT ROBERT MARTINEZ' MOTION TO DISMISS
INDICTMENT (ECF 2063) WITH PREJUDICE DUE TO GOVERNMENT'S FAILURE TO FUND CJA DEFENSE

DECLARATION OF JOHN TARGOWSKI

I, John Targowski, hereby state and declare as follows:

1.  I am an attorney licensed to practice law in the State of California and a member in good standing of the Bar of this Court. I am a member of the CJA Indigent Defense Panel and have been appointed to represent Robert Aguirre in the case of *United States v. Martinez et al.*, No. 8:22-cr-00034-FWS.

2.  I submit this declaration in support of the joinder of Robert Aguirre in the motion of his co-defendant, Robert Martinez.

3.  Mr. Aguirre is charged in Count 1 (18 U.S.C. § 1962(d) (RICO Conspiracy)), Count 2 (21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Controlled Substances)), Count 9 (18 U.S.C. §§ 1959(a)(5), (a)(3), 2(a) (Attempted Murder and Assault with a Dangerous Weapon in Aid of Racketeering)), Count 10 (18 U.S.C. §§ 924(c)(1)(A)(i), (iii), 2(a) (Possession of a Firearm in Furtherance of a Crime of Violence)), and Count 15 (18 U.S.C. §§ 1959(a)(5), (a)(3), 2(a) (Attempted Murder and Assault with a Dangerous Weapon in Aid of Racketeering)) of the Indictment.

4.  Mr. Aguirre has standing to join co-defendant Robert Martinez's motion to dismiss. Mr. Aguirre is Mr. Martinez's co-defendant in the same indictment that was issued by the grand jury that issued his co-defendant's indictment. Mr. Aguirre would be similarly impacted by the constitutional violations facing Mr. Martinez as a result of the government's failure to fund CJA defense counsel. Further, Mr. Aguirre is also impacted by the structural error caused by this lack of funding.

5.  Mr. Aguirre seeks identical relief as his co-defendant. As is true with Mr. Martinez, Mr. Aguirre is facing several counts under the same indictment, and as mentioned above, Mr.

DEFENDANT ROBERT AGUIRRE'S NOTICE JOINDER IN CO-DEFENDANT ROBERT MARTINEZ' MOTION TO DISMISS INDICTMENT (ECF 2063) WITH PREJUDICE DUE TO GOVERNMENT'S FAILURE TO FUND CJA DEFENSE

Aguirre will confront the same constitutional issues and structural error as a result of the

lack of CJA funding. Accordingly, dismissal with prejudice to the counts against Mr.

Aguirre would be the proper remedy.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed on October 28, 2025, at Los Angeles, California.


/s/ John Targowski
JOHN TARGOWSKI
Attorney for Defendant
ROBERT AGUIRRE

DEFENDANT ROBERT AGUIRRE'S NOTICE JOINDER IN CO-DEFENDANT ROBERT MARTINEZ' MOTION TO DISMISS
INDICTMENT (ECF 2063) WITH PREJUDICE DUE TO GOVERNMENT'S FAILURE TO FUND CJA DEFENSE