**HOLMES, ATHEY,**
**COWAN & MERMELSTEIN LLP**
Andrew S. Cowan (SBN: 165435)
acowan@holmesathey.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel:  (213) 516-8055
Fax: (213) 973-6282
*Attorneys for Defendant Luis Heriberto Vasquez*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS HERIBERTO VASQUEZ,<br><br>Defendant. | Case No. 8:22-CR-034-FWS-8<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT LUIS HERIBERTO VASQUEZ IN MOTION TO DISMISS INDICTMENT FILED BY CO-DEFENDANT ROBERT MARTINEZ [ECF 2063]**<br><br>Judge: Hon. Fred W. Slaughter<br>Courtroom: 10D<br><br>Hearing Date:  11/20/25<br>Hearing Time:  2:30 PM |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Please take notice that Defendant Luis Heriberto Vasquez, by and through his attorney of record, Andrew S. Cowan, hereby joins and incorporates by reference Co-Defendant Robert Martinez's Motion to Dismiss Indictment with Prejudice Due to the Government's Failure to Fund CJA Defense (ECF 2063).

1  Undersigned counsel is a member of the CJA Indigent Defense
2  Panel for the Central District of California and was appointed under the Criminal
3  Justice Act (CJA) to represent Mr. Vasquez in this matter. *See* 18 U.S.C. § 3006A.
4  Mr. Vasquez is affected in the same way as co-defendant Robert Martinez by the
5  Constitutional violations facing him as a result of the government's failure to fund
6  CJA defense counsel. Additionally, Mr. Vasquez is also impacted by the structural
7  error caused by the lack of funding, as set forth in the Motion to Dismiss.

   Mr. Vasquez therefore seeks identical relief as co-defendant Robert Martinez,
   specifically dismissal with prejudice as to all counts against him.

DATED: 11/6/2025

**RESPECTFULLY SUBMITTED,**

**HOLMES, ATHEY, COWAN & MERMELSTEIN LLP**

By:   */s/ Andrew S. Cowan*
      Andrew S. Cowan
      Attorneys for Defendant Luis Heriberto Vasquez

**HOLMES, ATHEY, COWAN & MERMELSTEIN LLP**
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017